# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **OTIS GRAY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:12-cv-00156 |
| v. ) | |
| ) | Judge John T. Nixon |
| **DYNCORP INTERNATIONAL, LLC,** ) | |
| ) | Magistrate Judge Juliet E. Griffin |
| Defendant. ) | |
| ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Otis Gray ("Plaintiff") brings this lawsuit against the Defendant, Dyncorp International, LLC, ("Defendant"), alleging race discrimination in violation of the Tennessee Human Rights Act ("THRA").[1]

The parties have resolved Plaintiff's claim, resulting in a Settlement Agreement executed on June 28, 2012. Pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), the Plaintiff hereby submits this Stipulation of Dismissal, with prejudice. Plaintiff's claims shall be dismissed with prejudice, with each party to bear its own costs and fees, and this action shall be stricken from the active docket. There are no dispositive motions pending and the Defendant joins in this stipulation.

Respectfully submitted this 17th day of July, 2012.

---

[1] Plaintiff also pled a hostile work environment claim; however, this case was dismissed on March 26, 2012. (Doc. 10). Co-defendant DynCorp, Inc. was voluntarily dismissed by Plaintiff on April 2, 2012. (Doc. 14.)

/s/ Edgar Davison
Edgar Davison, Bar No. 024388
edgar@davisonlawfirm.net
Davison Law Firm
879 Willow Tree Circle, Suite 105
Cordova, TN 38018
Telephone: 901.254.8910
Facsimile: 901.754.7484
Attorney for Plaintiff, Otis Gray

/s/ Tara L. Presnell
C. Eric Stevens, Bar No. 010632
estevens@littler.com
Tara L. Presnell, Bar No. 24424
tpresnell@littler.com
LITTLER MENDELSON, P.C.
3200 West End Avenue
Suite 500
Nashville, TN 37203
Telephone: 615.383.3033
Facsimile: 615.383.3323
Attorneys for Defendant,
Dyncorp International, LLC