IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| OTIS GRAY, | ) |
| | ) |
| Plaintiff, | ) No. 3:12-cv-00156 |
| | ) Judge Nixon |
| v. | ) Magistrate Judge Griffin |
| | ) |
| DYNCORP INTERNATIONAL, LLC, | ) JURY DEMAND |
| | ) |
| Defendant. | ) |

### ORDER

The parties to this action have filed a Stipulation of Dismissal With Prejudice in the above-captioned case. (Doc. No. 16.) As a result, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is **DISMISSED with prejudice**, with each party to bear its own costs and fees. The Court **DIRECTS** the Clerk to close the case.

It is so ORDERED.

Entered this ___18th___ day of July, 2012.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT