UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| OTIS GRAY | ) | |
| | ) | NO. 3:12cv0156 |
| v. | ) | JUDGE NIXON |
| | ) | |
| DYNCORP INTERNATIONAL, LLC | ) | |

ENTRY OF JUDGMENT

      Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 7/18/2012.

      KEITH THROCKMORTON, CLERK
      s/Tina M. Webster, Deputy Clerk